# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153642

DUSTIN ROBERTSON,

     Plaintiff-Appellant,

v

     SC: 153642
     COA: 331497

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 20, 2016, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2016



jam

     Clerk